# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VALERIYA A. SLYZKO, <br><br> Plaintiff, <br><br> v. <br><br> RANDOLPH BROOK FEDERAL CREDIT UNION, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-00061-APG-VCF <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT** <br><br> (ECF No. 11) |

In light of the notice of settlement between the plaintiff and defendant Randolph Brook Federal Credit Union (ECF No. 16)

IT IS ORDERED that defendant Randolph Brook Federal Credit Union's motion to dismiss **(ECF No. 11) is DENIED as moot**.

DATED this 5th day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE